# IN THE UNITED STATES DISTRICT COURT
# FOR THE ~~EASTERN~~ DISTRICT OF ~~PENNSYLVANIA~~ Minnesota

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS*

RECEIVED BY MAIL OCT 11 2005 CLERK US DIST COURT MINNEAPOLIS MN

CR 02-404 JRT/RLE
CV 05-2380 JRT

UNITED STATES OF AMERICA

vs.

Robert C. Adams
(Movant)

I, Robert Clarence Adams, declare under the penalty of perjury, that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1. Are you presently employed? Yes ( ) No (✓)
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. ______

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. Febuary 10, 2005, $11.00 Month

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment? Yes ( ) No (✓)
   b. Rent payments, interest or dividends? Yes ( ) No (✓)
   c. Pensions, annuities or life insurance payments? RA Yes (~~X~~) No (✓)
   d. Gifts or inheritances? Yes ( ) No (✓)
   e. Any other sources? Yes ( ) No (✓)

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. ______

3. Do you own cash, or do you have money in a checking or savings account? Yes ( ) No (✓) (Include any funds in prison accounts).

   If the answer is "yes", state the total value of the items owned. ______

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (✓)

   If the answer is "yes", describe the property and state its approximate value: ______

SCANNED OCT 11 2005 U.S. DISTRICT COURT ST. PAUL

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2005 (Date) (Petitioner's Signature)

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ .07 on account to his credit at the FCI McKean institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said N/A institution: N/A

Authorized Officer of Institution