UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-404 JRT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CLARENCE ADAMS,<br><br>Defendant. | ) | MOTION FOR APPOINTMENT OF COUNSEL |

The defendant, Robert Clarence Adams, by and through the undersigned counsel, moves for appointment of counsel for purposes of resentencing pursuant to 18 U.S.C. § 3006A. The November 1, 2007, reduction on the Sentencing Guidelines' Offense Levels for offenses involving crack cocaine, and the Sentencing Commission's December 12, 2007, interpretation that this Amendment should be applied retroactively, apply in this case and Mr. Adams appears eligible for a sentencing reduction. The Federal Defender anticipates filing a motion for resentencing pursuant to 18 U.S.C. § 3582(c)(2) in the near future.

Mr. Adams's liberty is at stake. The Criminal Justice Act, codified at 18 U.S.C. § 3006A, provides that counsel shall be appointed whenever a person is charged with a felony, whenever a person is entitled to counsel under the Sixth Amendment, and whenever a person faces the loss of liberty. 18 U.S.C. § 3006A (a)(1). Mr. Adams is such an individual. The appointment of counsel is also allowed in when it is found to be

in the interest of justice. 18 U.S.C. § 3006A (a)(2). The interests of justice call for the assistance of counsel in this case.

The defendant is currently incarcerated and is without sufficient funds to retain a lawyer to represent him in this matter. Mr. Adams has requested that the Office of the Federal Defender be appointed to represent him in this proceeding.

Based on the foregoing and on the file and record in this case, we ask to be appointed as counsel of record in this case.

Dated: February 7, 2008

Respectfully submitted,

***s/Douglas Olson***

Douglas Olson
Andrew H. Mohring
Attorneys for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415