UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
Robert Adams 02CR404 JRT, )
Kier Johnson 04CR269 MJD, )
Edward Moore 05CR165 RHK, )
Tyrone Ellis 96CR17 JRT, )
Wesley Hawkins 93CR186 JMR, )
Lazaro Borrero 03CR281JNE, )
Quincy Tolliver 98CR03 JRT, )
Gregory Hill 99CR275 DWF, )
)
Defendants. )

MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL

Comes now appointed counsel for the above named defendants, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

Counsel requests that the Court grant this motion to withdraw and that James, Ostgard, an attorney from the Criminal Justice Act Panel be appointed to represent the above-named defendants.

Dated: April 29, 2008

Respectfully submitted,

***s/Katherian D. Roe***

KATHERIAN D. ROE
Attorney ID No. 214668
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415