# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Robert Adams 02CR404 JRT,
Kier Johnson 04CR269 MJD,
Edward Moore 05CR165 RHK,
Tyrone Ellis 96CR17 JRT
Wesley Hawkins 93CR186 JMR,
Lazaro Borrero 03CR281 JNE
Quincy Tolliver 98CR03 JRT
Gregory Hill 99CR275 DWF,
Defendants.

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on April 29, 2008, I caused the following document(s):

1. Motion to Withdraw and For Appointment of Substitute Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Chris Wilton
Joseph Dixon
Robert Lewis
Erika Mozangue
Jeffrey Paulsen
Michael Cheever
Tricia Tingle
Assistant U.S. Attorneys

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable James M. Rosenbaum

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Chris Wilton
Joseph Dixon
Robert Lewis
Erika Mozangue
Jeffrey Paulsen
Michael Cheever
Tricia Tingle
SERVED VIA E-MAIL

Dated: April 29, 2008

*s/Katherian D. Roe*

KATHERIAN D. ROE
Attorney ID 214668
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415