RECEIVED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Robert Adams 02CR404 JRT,
Kier Johnson 04CR269 MJD,
Edward Moore 05CR165 RHK,
Tyrone Ellis 96CR17 JRT
Wesley Hawkins 93CR186 JMR,
Lazaro Borrero 03CR281 JNE
Quincy Tolliver 98CR03 JRT
Gregory Hill 99CR275 DWF,

Defendants.

**ORDER FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

Upon application of the defendants, the Court finds that it is in the interest of justice that present counsel be relieved of their assignment to represent the defendants in their respective cases. The Court directs that James Ostgard, a member of the CJA Conflicts Panel be appointed as substitute counsel to continue the representation of the above-named defendants before this Court.

Dated: April 30, 2008

Honorable James M. Rosenbaum
United States District Court Judge

SCANNED
MAY 1 2008
U.S. DISTRICT COURT MPLS